440 A.2d 1262

Stinner v. Stinner, Appellant.

Argued December 4, 1980. James R. Fiorentino, for appellant; Michael P. Shay, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Affirmed.

440 A.2d 1262

Waldman, Appellant v. Jordan.

Argued May 21, 1981. Richard F. Kronz, for appellant; Paul T. Grater, for appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment affirmed.